AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Dashamir Gjini | )<br>)<br>)<br>) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 19-cv-3587 |
| Eatz Restaurant Corp. d/b/a Pete's Kitchen,<br>Theodore Apodiacos and Thomas Agnostopoulos | )<br>)<br>)<br>) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Eatz Restaurant Corp.
39-26 Bell Boulevard
Bayside, NY 11361

Theodore Apodiacos and Thomas Agnostopoulos c/o Eatz Restaurant Corp.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Russell E. Adler
Law Offices of Russell E. Adler
300 Park Avenue, 12th Floor
New York, NY 10022
646.504.3299
russ@radlerlawpllc.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Douglas C. Palmer
*CLERK OF COURT*

Date:  06/19/2019                                                       /s/Priscilla Bowens
                                                                                    *Signature of Clerk or Deputy Clerk*